UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 16-20597
                                Honorable Paul D. Borman

v.

                                *Filed under seal*

DEREK TAGG,

        Defendant.
_____/

## Index of Exhibits
(for Motion to Suppress)

Exhibit A:    NIT Search Warrant issued February 20, 2015

Exhibit B:    Residential Search Warrant issued September 15, 2015

Exhibit C:    Orin Kerr, *Government 'hacking' and the Playpen search warrant*, Volokh Conspiracy, Sept. 27, 2016, http://www.washingtonpost.com/news/volokh-conspiracy/wp/2016/09/27/government-hacking-and-the-playpen-search-warrant/

Exhibit D:    *United States v. Matish*, 16-cr-16, Mot. Hrg. Trans. (June 14, 2016)

Exhibit E:    Daniel Sui, et al., The Deep Web and the Darknet, The Wilson Center (2015), *available at* https://www.wilsoncenter.org/sites/default/files/stip_dark_web.pdf

Exhibit F:    Bret Hawkins, Under The Ocean of the Internet – The Deep Web (2016), *available at* https://www.sans.org/reading-room/whitepapers/covert/ocean-internet-deep-web-37012